UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                              Plaintiff,<br>v.<br><br>VANESSA IRAI GONZALEZ BAUTISTA,<br><br>                              Defendant. | Case No.: 18cr5264 AJB<br><br>**ORDER DENYING DEFENDANT'S MOTION FOR A REDUCTION IN SENTENCE**<br>**(ECF 36)** |

    This matter comes before the Court on Defendant's Motion filed on January 19, 2020.

    Defendant Vanessa Irai Gonzalez Bautista has filed a motion asking this Court to reduce her sentence of imprisonment under 18 U.S.C. § 3582(c)(2). The United States opposes the Motion.

    18 U.S.C. § 3582(c)(2) creates an avenue for a defendant to seek modification of a term of imprisonment based on "a sentencing range that has subsequently been lowered by the Sentencing Commission" *United States v. Leniear*, 574 F.3d 668, 673 (9th Cir. 2009). The sentencing guidelines have not been lowered since the imposition of the sentence in this case.

    This Court appropriately used the appropriate guidelines to calculate the

applicable base offense level to Defendant's offenses. See generally U.S.S.G. § 2D1.1(c) (November 1, 2018). Consequently, the Defendant cannot show that her base offense level has been lowered by the U.S.S.G. subsequent to her sentencing and she is entitled to no relief under 18 U.S.C. § 3582(c)(2). Her motion therefore is **DENIED**.

IT IS SO ORDERED.

Dated:  February 9, 2021

Hon. Anthony J. Battaglia
United States District Judge